IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>      vs.<br><br>GAIL A. REYNOLDS, TAMI REYNOLDS, LESLIE REYNOLDS, and PAUL REYNOLDS,<br><br>                Defendants. | **8:16CV281**<br><br>**ORDER** |

       This matter is before the Court on Plaintiff's Motion for Leave to Deposit Funds and for Discharge. (Filing No. 21.) Having considered the matter,

       IT IS ORDERED:

       1.     Plaintiff's Motion for Leave to Deposit Funds and for Discharge (Filing No. 21) is granted.

       2.     Plaintiff may deposit a check in the amount of $20,000.00 with the Clerk of the Court for the United States District Court for the District of Nebraska.

       3.     The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

       4.     Plaintiff's counsel is directed to immediately serve copies of this Order on Defendants and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Upon filing the proof of service, and upon payment of interplead funds totaling $20,000.00, Plaintiff, the benefit plan (The Railroad Employees National Health and Welfare Plan), and the plan sponsor and employer (Burlington Northern Railroad) will be discharged from any further liability to Defendants.

       Dated this 6th day of February, 2017.

                                                                                  BY THE COURT:

                                                                                  s/ Susan M. Bazis<br>
                                                                                  United States Magistrate Judge