IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>GAIL A. REYNOLDS, TAMI REYNOLDS, LESLIE REYNOLDS, and PAUL REYNOLDS,<br><br>    Defendants. | **8:16CV281**<br><br>**AMENDED ORDER** |

  Plaintiff's counsel has notified the Court that the amount of funds that need to be deposited with the Clerk of Court has increased. Accordingly, the Order found at Filing No. 22 herein will be amended to reflect this change.

  IT IS THEREFORE ORDERED that Plaintiff may deposit a check in the amount of $20,442.86 with the Clerk of the Court for the United States District Court for the District of Nebraska. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1. Upon payment of interplead funds totaling $20,442.86, Plaintiff, the benefit plan (The Railroad Employees National Health and Welfare Plan), and the plan sponsor and employer (Burlington Northern Railroad) will be discharged from any further liability to Defendants.

  Dated this 6th day of March, 2017.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge