IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>     vs.<br><br>GAIL A. REYNOLDS, TAMI REYNOLDS, and LESLIE REYNOLDS,<br><br>                Defendants. | **8:16CV281**<br><br>**FINDINGS AND RECOMMENDATION** |

       This interpleader action was filed by Plaintiff Metropolitan Life Insurance Company on June 20, 2016. ([Filing No. 1](#).) The Complaint alleges that Michael Reynolds ("Decedent"), who died on March 13, 2016, was an employee of the Burlington Northern Railroad and a participant in the Railroad Employees National Health and Welfare Plan (the "Plan"). Generally, Plaintiff requests that the Court determine the proper beneficiary of the Plan proceeds. The Complaint names four defendants, including Decedent's wife, Gail Reynolds; Decedent's daughters, Tami and Leslie Reynolds; and Decedent's son, Paul Reynolds.

       Counsel has not entered an appearance on behalf of any defendant. However, on August 18, 2016, Plaintiff submitted correspondence it purportedly received from Tami Reynolds and Leslie Reynolds. ([Filing No. 19](#).) The correspondence appears to respond to the Complaint. In her response, Tami Reynolds states that she would like the Plan benefits to be paid to Gail Reynolds. ([Filing No. 19-1](#).) Leslie Reynolds indicates that she does not care who receives the funds. ([Filing No. 19-2](#).) Paul Reynolds did not respond to the Complaint, and a default judgment was entered against him on May 16, 2017. ([Filing No. 29](#).) Thus, all defendants who have responded to the Complaint have indicated that they want the Plan benefits to be paid to Gail Reynolds or would not object to the benefits being paid to Gail Reynolds.

Plaintiff was previously granted leave to deposit the funds at issue in this action with the Clerk of Court. (Filing Nos. 22, 24.) Plaintiff deposited $20,442.86 with the Clerk on March 6, 2017.

On May 18, 2017, the Court entered a Show Cause Order, directing Defendants to file a report advising as to why the funds at issue in this case should not be paid to Gail Reynolds. (Filing No. 30.) The parties were advised that failure to file the report by June 19, 2017, would result in a recommendation to United States District Court Judge Robert Rossiter, Jr. that the funds be distributed to Gail Reynolds and that this action be dismissed. To date, Defendants have not responded to the Show Cause Order.

Accordingly,

**IT IS HEREBY RECOMMENDED** to United States District Court Judge Robert Rossiter, Jr. that the funds be distributed to Gail Reynolds and that this action be dismissed.

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.

Dated this 23rd day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge