IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>GAIL A. REYNOLDS, TAMI REYNOLDS, and LESLIE REYNOLDS,<br><br>    Defendants. | **8:16CV281**<br><br>**ORDER** |

  This matter is before the Court on the magistrate judge's[1] June 23, 2017, Findings and Recommendation (Filing No. 31). Metropolitan Life Insurance Company commenced this rule interpleader action to determine the proper beneficiary of approximately $20,000 in life insurance proceeds. *See* Fed. R. Civ. P. 22. The magistrate judge recommends the Court distribute the funds to Gail Reynolds and dismiss the case. No party has objected to the findings and recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; NECivR 72.2. The Court finds the magistrate judge's findings and recommendation should be accepted. Accordingly,

  IT IS ORDERED:

  1. The magistrate judge's findings and recommendation (Filing No. 31) are accepted.

  2. Gail Reynolds is entitled to the life insurance proceeds at issue.

  3. The Clerk shall prepare a check on the funds deposited in the Court Registry in the amount of $20,442.86 in principal plus any accrued interest, less the fee authorized by NECivR 67, made payable to Gail Reynolds.

---

[1] The Honorable Susan M. Bazis, United States Magistrate Judge for the District of Nebraska.

2

4. Upon receipt of a completed Internal Revenue Service Form W-9 from Gail Reynolds, the Clerk shall mail said funds to Gail Reynolds, 25815 Adam Street, Elmwood, NE 68349.

5. This case is dismissed.

6. A separate judgment in accordance with this Order will be entered this date.

Dated this 17th day of July, 2017.

                              BY THE COURT:

                              s/ *Robert F. Rossiter, Jr.*
                              United States District Judge